MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5268
(SB-5199; SH-8178)
Attorneys for Defendant, Educational Commission for Foreign Medical Graduates (ECFMG)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ABDUL J. MALIK,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 04-4360 (JAP/MCA)<br><br>MOTION FOR EXTENSION OF TIME<br>L. CIV. R. 6.1 |

Defendant, Educational Commission for Foreign Medical Graduates ("ECFMG"), requests an extension of time to answer or reply to the Complaint under Local Civil Rule 6.1 for the following reasons:

1	Plaintiff Abdul J. Malik filed a Complaint in the New Jersey Superior Court, Law Division, Hudson County, Docket No. L-3697-04 on or about July 12, 2004.

2.	Defendant received service of process on August 6, 2004.

3	Defendant timely filed a Notice of Removal in this Court on Tuesday, September 7, 2004.

4.	Accordingly, Defendant has five (5) days until Monday, September 13, 2004 to answer or reply.

5. Defendant, however, requests an extension of time to answer or reply to the Complaint.

6. Defendant is filing this application before the time period to answer or reply has expired. See L. Civ. R. 6.1(a).

7 No similar extension has previously been obtained.

8. Defendant, therefore, requests that the Court Clerk grant an additional fifteen (15) days, until September 28, 2004 for ECFMG to answer or reply to the Complaint.

9. An appropriate Order is attached.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                    MORGAN, LEWIS & BOCKIUS LLP
                    Attorneys for Defendant ECFMG

                    By: _____
                    SARAH E. BOUCHARD, ESQUIRE (SB-5199)
                    SHARRI H. HOROWITZ, ESQUIRE (SH-8178)

Dated: September 10, 2004

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5268
(SB-5199; SH-8178)
**Attorneys for Defendant, Educational Commission for Foreign Medical Graduates (ECFMG)**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ABDUL J. MALIK,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No.<br><br><br><br>ORDER |

After reviewing this matter, opened to the Court upon the application of Defendant, by its counsel, Sharri H. Horowitz, Esquire of Morgan, Lewis & Bockius LLP, it is hereby GRANTED that the Defendant has an additional 15 days, until Tuesday, September 28, 2004, under Local Civil Rule 6.1, to answer or reply to the Complaint.

_____
CLERK OF COURT