Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5268
sbouchard@morganlewis.com
shorowitz@morganlewis.com
SB(5199)/SH(8178)
Attorneys for Defendant Educational Commission for Medical Graduates

| | |
|---|---|
| ABDUL J. MALIK,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE<br><br>Civil Action No. 04-CV-4360 (JAP/MCA)<br><br>**AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

TO:   Abdul J. Malik
      99 Manning Avenue
      Jersey City, NJ  07304

**PLEASE TAKE NOTICE** that on October 25, 2004, or as soon thereafter as counsel may be heard, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") will request that the United States District Court, District of New Jersey, Newark Vicinage, issue and Order granting ECFMG's Motion to Dismiss Plaintiff's Complaint. Oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, ECFMG shall rely upon its accompanying Memorandum of Law and proposed form of Order.

                                    Respectfully submitted,

                                    s/Sarah E. Bouchard
                                    Sarah E. Bouchard (SB5199)
                                    Sharri H. Horowitz (SH8178)
DATED: September 29, 2004           Attorneys for Defendant ECFMG

1-PH/2091916.2

**Morgan, Lewis & Bockius LLP**
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5268
sbouchard@morganlewis.com
shorowitz@morganlewis.com
SB(5199)/SH(8178)
Attorneys for Defendant Educational Commission for Medical Graduates

| | |
|---|---|
| **ABDUL J. MALIK,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>　　　　　Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE<br><br>Civil Action No. 04-CV-4360 (JAP/MCA)<br><br>**AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

　　　　Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), moves for an Order dismissing Plaintiff's Complaint in its entirety. The grounds upon which this Motion is based are as follows:

　　　　1. Plaintiff's Complaint, asserting disability discrimination, fails to state a claim under the Americans with Disabilities Act ("ADA"), Title III, 42 U.S.C. § 12181 - 12189 because the ADA does not provide for monetary damages. Plaintiff seeks damages totalling $20 million. Even if Plaintiff has pleaded other elements of his claim, the ADA does not provide the relief that he seeks.

　　　　2. Plaintiff's Complaint, asserting disability discrimination, fails to state a claim because it does not satisfy the two-year statute of limitations applicable to suits brought under the ADA.

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law. Oral argument is not requested.

Respectfully submitted,

Of Counsel:
   Morgan, Lewis & Bockius LLP

/s/ Sarah E. Bouchard
Sarah E. Bouchard
Sharri H. Horowitz

Date:   September 29, 2004

1-PH/2091916.2

# CERTIFICATE OF SERVICE

I, Sharri H. Horowitz, certify that, on September 29, 2004, I caused a copy of Defendant's Amended Notice of Motion to Dismiss and Amended Motion to Dismiss Plaintiff's Complaint to be served on the following counsel by United States first-class mail:

>Abdul J. Malik
>99 Manning Avenue
>Jersey City, NJ  07304
>
>*Pro Se Plaintiff*

>/s/ Sharri H. Horowitz
>Sharri H. Horowitz