Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5268
sbouchard@morganlewis.com
shorowitz@morganlewis.com
SB(5199)/SH(8178)
Attorneys for Defendant Educational Commission for Medical Graduates

| | |
|---|---|
| **ABDUL J. MALIK,**<br><br>Plaintiff,<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>Defendant. | **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE**<br><br>Civil Action No. 04-CV-4360 (JAP/MCA)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(ECF filing per Clerk's Office Quality Control Message dated October 1, 2004) |

**TO:** Abdul J. Malik
99 Manning Avenue
Jersey City, NJ 07304

**PLEASE TAKE NOTICE** that on October 25, 2004, or as soon thereafter as counsel may be heard, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") will request that the United States District Court, District of New Jersey, Newark Vicinage, issue and Order granting ECFMG's Motion to Dismiss Plaintiff's Complaint. Oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, ECFMG shall rely upon its accompanying Memorandum of Law and proposed form of Order.

Respectfully submitted,

s/Sharri H. Horowitz
Sarah E. Bouchard (SB5199)
Sharri H. Horowitz (SH8178)
Attorneys for Defendant ECFMG

DATED: September 28, 2004

1-PH/2091916.3

Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5268
sbouchard@morganlewis.com
shorowitz@morganlewis.com
SB(5199)/SH(8178)
Attorneys for Defendant Educational Commission for Medical Graduates

| | |
|---|---|
| ABDUL J. MALIK,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE<br><br>Civil Action No. 04-CV-4360 (JAP/MCA)<br><br>MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>(ECF filing per Clerk's Office Quality Control Message dated October 1, 2004) |

Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), moves for an Order dismissing Plaintiff's Complaint in its entirety. The grounds upon which this Motion is based are as follows:

1. Plaintiff's Complaint, asserting disability discrimination, fails to state a claim under the Americans with Disabilities Act ("ADA"), Title III, 42 U.S.C. § 12181 - 12189 because the ADA does not provide for monetary damages. Plaintiff seeks damages totalling $20 million. Even if Plaintiff has pleaded other elements of his claim, the ADA does not provide the relief that he seeks.

2. Plaintiff's Complaint, asserting disability discrimination, fails to state a claim because it does not satisfy the two-year statute of limitations applicable to suits brought under the ADA.

1-PH/2091916.3

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law. Oral argument is not requested.

Respectfully submitted,

Of Counsel:
Morgan, Lewis & Bockius LLP

/s Sharri H. Horowitz
Sarah E. Bouchard
Sharri H. Horowitz

Date: September 28, 2004

1-PH/2091916.3