Morgan, Lewis & Bockius LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5268
sbouchard@morganlewis.com
shorowitz@morganlewis.com
SB(5199)/SH(8178)
Attorneys for Defendant Educational Commission for Medical Graduates

| | |
|---|---|
| **ABDUL J. MALIK,**<br><br>Plaintiff,<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE<br><br>Civil Action No. 04-CV-4360 (JAP/MCA)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>(ECF filing per Clerk's Office Quality Control Message dated October 1, 2004) |

AND NOW, this _____ day of _____, 2004, upon consideration of Educational Commission for Foreign Medical Graduates' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and the allegations of the Plaintiff's Complaint are DISMISSED with prejudice.

_____
U.S.D.J

1-PH/2091916.3