## **CERTIFICATE OF SERVICE**

I, Sharri H. Horowitz, certify that, on September 28, 2004, I caused a copy of Defendant's Notice of Motion to Dismiss, Motion to Dismiss Plaintiff's Complaint, and Memorandum of Law to be filed by Electronic Case Filing and served on the following party by United States first-class mail:

>Abdul J. Malik
>99 Manning Avenue
>Jersey City, NJ  07304
>
>*Pro Se Plaintiff*

>/s/ Sharri H. Horowitz
>Sharri H. Horowitz

1-PH/2092061.2