# ABDUL J. MALIK
99-Manning Ave
Jersey City NJ 07304
Ph; 201-333-7441

October 5, 2004

United States District Court
District of New Jersey
Federal Building and Courthouse
50-Walnut street
Newark NJ 07101

### RE; MALIK V. EDUCATIONAL COMMISSIONAL ET AL
### CIVIL ACTION NO. 04-4360(JAP)
Amended complaint

Dear Madam/Sir,

In reference to the above captioned matter, I would like to amend my complaint as follows,

In the section of claim/relief, instead of punitive damages, it should be read as damages in the amount of 20,000,000.00 (twenty Million Dollars).

Thank you.

Very truly yours,

*[signature]*

ABDUL J. MALIK
Pro se plaintiff

Abdul Malik
99-Manning Ave
Jersey City, NJ 07304

Newark clerk's office
Federal Building and U.S courthouse
50. Walnut St
Newark NJ 07101