## CERTIFICATE OF SERVICE

I, Sharri H. Horowitz, certify that, on October 25, 2004, I caused a copy of Defendant's

Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss to be filed by Electronic Case

Filing and served on the following party by United States first-class mail:

> Abdul J. Malik
> 99 Manning Avenue
> Jersey City, NJ  07304
>
> *Pro Se Plaintiff*

> _/s/ Sharri H. Horowitz_
> Sharri H. Horowitz

1-PH/2106586.1