**CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ABDUL J. MALIK, : | | |
| Plaintiff, : | | |
| : | | |
| v. : | CIVIL ACTION NO. 04-4360 (JAP) | |
| : | | |
| EDUCATIONAL COMMISSION FOR : | ORDER | |
| FOREIGN MEDICAL GRADUATES, : | | |
| : | | |
| Defendant. : | | |

It appearing that on November 18, 2004 the Court entered an Order dismissing Plaintiff's Complaint without prejudice and allowing Plaintiff twenty days to filed an amended complaint; and it further appearing that twenty days has expired and Plaintiff has failed to comply with the Court's Order; therefore, in accordance with the November 18 Order, IT IS

ON this 21st day of December, 2004

ORDERED that Plaintiff's Complaint is DISMISSED, with prejudice.

This Case is CLOSED.

/S/ JOEL A. PISANO, U.S.D.J.

Original:   Clerk of the Court
cc:         All parties
            File